# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:21-CV-482-KDB

| | |
|---|---|
| ROBERT NANCE, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | )<br>) |

Defendant has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing the decision in this case with a remand of the case for further administrative proceedings. Plaintiff's attorney does not oppose Defendant's motion for remand.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**SO ORDERED.**

Signed: May 26, 2022

Kenneth D. Bell
United States District Judge