# United States District Court
# Western District of North Carolina
# Charlotte Division

|  |  |  |
|---|---|---|
| Robert Nance, | ) | JUDGMENT IN CASE |
|  | ) |  |
| Plaintiff(s), | ) | 3:21-cv-00482-KDB |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| Commissioner of Social Security, | ) |  |
| Defendant(s). | ) |  |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 26, 2022 Order.

May 26, 2022

Frank G. Johns, Clerk
United States District Court