# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00482-KDB

| | |
|---|---|
| ROBERT NANCE, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Consent Motion for Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A). (Doc. No. 19). Having reviewed the motion and the supporting materials the Court determines that Plaintiff should be awarded attorney fees in the amount of $5,250.00 and costs in the amount of $424.74.

Pursuant to *Astrue v Ratliff*, 130 S. Ct. 2521 (2010), these EAJA fees are payable to Plaintiff as the prevailing party and are subject to offset through the Treasury Department's Offset Program to satisfy any pre-existing debt Plaintiff may owe to the federal government. If, after entry of this Order, the Commissioner determines that Plaintiff owes no debt to the government that would subject this award of attorney fees to offset, the Commissioner may honor Plaintiff's signed assignment of EAJA fees providing for payment of the subject fees to Plaintiff's Counsel, rather than to Plaintiff. If such a debt is present, then any remaining fee after offset will be payable to Plaintiff and delivered to Plaintiff's Counsel.

It is therefore **ORDERED** that the Commissioner pay the sum of $5,250.00 in attorney's fees and $424.74 in costs in full satisfaction of all claims arising under EAJA, 28 U.S.C. §§ 2412(a)(1)-(d), and upon the payment of such sums this case is dismissed with prejudice.

**SO ORDERED.**

Signed: August 15, 2022

Kenneth D. Bell
United States District Judge